IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM RIVERA,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 22-3902 |
| | : | |
| **GEORGE LITTLE, et al.,** | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of November, 2022, upon consideration of Plaintiff William Rivera's Motion for Appointment of Counsel (ECF No. 3), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 3) is **GRANTED**. The Clerk of Court shall endeavor to appoint an attorney to represent **WILLIAM RIVERA** from the volunteer panel approved by the Court pursuant to the Prisoner Civil Rights Panel.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**

---

[1] Plaintiff should be aware that he has no legal right to an attorney in this civil action, and that the Court is not appointing an attorney to represent him. Rather, the Court is asking an attorney to review Plaintiff's case. That attorney may exercise his or her discretion in determining whether to agree to represent Plaintiff in this action.