# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM RIVERA,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No. 22-3902-JMY** |
| | : | |
| **GEORGE LITTLE,** *et al.***,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of August, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 41) and this Court's May 26, 2023 Order permitting Plaintiff to file an Amended Complaint to the extent that Plaintiff does not attempt to re-litigate any of the eight (8) claims asserted in his initial Complaint (ECF No. 32), and it appearing that Plaintiff's Amended Complaint (ECF No. 35) is essentially identical to Plaintiff's initial Complaint (ECF No. 1), it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 41) is **GRANTED** for the reasons previously set forth in this Court's March 21, 2023 Order granting Defendants' Motion to Dismiss Plaintiff's initial Complaint (ECF No. 25) and this Court's April 26, 2023 Order explaining why reconsideration of the decision to dismiss Plaintiff's initial Complaint is not warranted (ECF No. 28). **THIS ACTION IS DISMISSED WITH PREJUDICE, WITHOUT LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Stay of Proceedings (ECF No. 40) is **DENIED** as **MOOT**—in light of this Order dismissing the case.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

                                                  **BY THE COURT:**

                                                  */s/ John Milton Younge*
                                                **JUDGE JOHN MILTON YOUNGE**