# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM RIVERA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| GEORGE LITTLE, SECRETARY OF DEPARTMENT OF CORRECTIONS, et al., | : | NO. 22-03902 |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of September, 2023, upon consideration of Plaintiff's Motion for Certificate of Appealability (ECF No. 48), it is hereby ORDERED that said Motion is DENIED.[1]

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] Plaintiff is a non-habeas prisoner litigant. As such, a certificate of appealability is not required, and Plaintiff should follow the appeals process laid out in the Federal Rules of Appellate Procedure.