IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM RIVERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GEORGE LITTLE, et al., | : | NO. 22-3902 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of November, 2023, upon consideration of Plaintiff's Motion for Relief pursuant to Federal Rule of Civil Procedure 60B (ECF No. 50), it is hereby **ORDERED** that the Defendants are **DIRECTED** to file a Response to such Motion within twenty (20) days of the date of entry of this Order specifically addressing:

1. Plaintiff's contention that his Restricted Release List status has not been subjected to periodic review.

2. Plaintiff's resultant due process claims.

3. Plaintiff's Eighth Amendment claims regarding the conditions of his confinement.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**