# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM RIVERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GEORGE LITTLE, et al., | : | NO. 22-3902 |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## **ORDER**

AND NOW, this 28th day of November, 2023, upon consideration of Plaintiff's *Motion for Relief* pursuant to Federal Rule of Civil Procedure 60(b) (ECF No. 50), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**